RECEIVED
IN MONROE, LA
FEB 14 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| ROLAND FILHIOL COATES, III | CIVIL ACTION NO. 06-1902 |
| VS. | SECTION P |
| RICHWOOD CORRECTIONAL CENTER, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights claims against Dr. Bellcheck be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this __14__ day of __February__, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE